## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

RAKESH KUMAR,                    :

     Petitioner,                :

vs.                              :      CA 08-0274-KD-C

DEPARTMENT OF                    :
HOMELAND SECURITY, et al.,
                                 :
     Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 24, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** this day of 14th day of August, 2008.

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**